# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAYMOND CARTER,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-1881-Orl-28GJK**

**NORTHROP GRUMMAN CORPORATION,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Defendant's Motion to Dismiss Amended Complaint (Doc. No. 32) filed September 12, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Objection filed by Plaintiff to the Report and Recommendation (Doc. No. 44), and Defendant's response thereto (Doc. No. 49), the Objection is overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 21, 2011 (Doc. No. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss Amended Complaint (Doc. No. 32) is **GRANTED**.

3. Plaintiff's Amended Complaint is **DISMISSED** without prejudice. Plaintiff is granted leave to file a second amended complaint that complies with the directives set forth in the Report and Recommendation (Doc. No. 43, p. 8-9). The second amended complaint must be filed within fourteen (14) days from the date of this Order.

4. Defendant has filed a motion to extend the Case Management Scheduling Order deadlines (Doc. No. 49). This case is not yet at issue and the final original deadlines are approaching. The Motion being unopposed, it is **GRANTED**. The following deadlines are extended:

| | |
|---|---|
| Plaintiff Expert Disclosure: | May 1, 2012 |
| Defendant Expert Disclosure: | June 1, 2012 |
| Discovery: | July 2, 2012 |
| Dispositive, *Markman*, and *Daubert* Mtns: | August 1, 2012 |
| Meeting in Person re: Pretrial Statement: | November 26, 2012 |
| Joint Final Pretrial Statement, Trial Briefs: | December 7, 2012 |
| Motions in Limine: | November 2, 2012 |
| Trial Term Begins: | January 2, 2013. |

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___31st___ day of January, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge